It is ordered and adjudged by this court, that the judgment of the Court of Appeals be, and the same hereby is, reversed and the judgment of the Court of Common Pleas affirmed, for the reason that the Court of Appeals, two judges concurring, contrary to the provisions of Section 6, Article IY of the Constitution, reversed the judgment of the Court of Common Pleas upon the ground it was manifestly against the weight of the evidence.
 
 (Bayes
 
 v.
 
 Midland Casualty Co.,
 
 92
 
 *670
 
 Ohio St., 303, 110 N. E., 751;
 
 Brittain
 
 v.
 
 Industrial Commission,
 
 95 Ohio St., 391, 115 N. E., 110.)
 

 Judgment of Court of Appeals reversed and that of Common Pleas affirmed.
 

 "Weygandt, O. J., Williams, Day and Zimmerman, JJ., concur.
 

 Jones, J., not participating.